UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

**CIVIL MINUTES - GENERAL**

Case No.   CV 05-6947 AHM(CWx)                                    Date   September 29, 2005

Title   HEATHER ANN SCHNEIDER v. MCCUNE MOTORS/JUDY PUMA

DOCKETED ON CM
OCT - 4 2005
BY _____ 077

Present: The Honorable   A. Howard Matz

| Stephen Montes | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

No Appearance                                        No Appearance

**Proceedings:**     In Chambers

On September 23, 2005, Plaintiff Heather Ann Schneider ("Plaintiff") filed this case as a "Bill in Equity."

Plaintiff alleges no federal question. See 28 U.S.C. § 1331. Nor does Plaintiff specifically allege diversity jurisdiction under 28 U.S.C. § 1332.

A federal court must determine its own jurisdiction even if there is no objection to it. *Rains v. Criterion Systems, Inc.*, 80 F.3d 339 (9th Cir. 1996). Jurisdiction must be determined from the face of the complaint. *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392, 107 S.Ct. 2425 (1987). A federal court has original jurisdiction over a civil matter "where the matter in controversy exceeds the sum or value of $75,000, . . . and is between . . . citizens of different State." 28 U.S.C. § 1332(a). A "corporation [is] deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business. . ." Id. at 1332(c)(1).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  CV 05-6947 AHM(CWx)                                    Date  September 29, 2005

Title  HEATHER ANN SCHNEIDER v. MCCUNE MOTORS/JUDY PUMA

In this case, Plaintiff's complaint fails to allege that (1) she and Defendants are citizens of different states and (2) the amount in controversy is $75,000 or more. Thus, Plaintiff's assertions fail to establish diversity jurisdiction.

Accordingly, and good cause appearing therefor, the Court hereby orders Plaintiff to SHOW CAUSE on or before October 14, 2005, why this action should not be dismissed for lack of jurisdiction. Failure to respond on or before that date will be construed as consent to dismissal.

_____ : _____

Initials of Preparer  *RMW*