# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 05-6947-AHM (CWx) | Date October 24, 2005 |
| Title | HEATHER ANN SCHNEIDER v. MCCUNE MOTORS/JUDY PUMA |

Present: The Honorable **A. Howard Matz**

| Stephen Montes | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearance | No Appearance |

**Proceedings:** In Chambers

The Court, having received and reviewed the papers filed by Plaintiff in response to this Court's Order to Show Cause,[1] concludes it lacks federal subject matter jurisdiction and DISMISSES for that reason.

No hearing is necessary. Fed. R. Civ. P. 78; L.R. 7-15.

Initials of Preparer    _SMW_

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d)

---

[1] Docket No. 5.

| CV-90 (06/04) | CIVIL MINUTES - GENERAL | Page 1 of 1 |