Case 2:05-cv-06947-AHM-CW Document 17 Filed 11/01/05 Page 1 of 1 Page ID #:11

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Priority  ✓
Send
Enter    ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

| | |
|---|---|
| Case No. CV05-6947-AHM (CWx) | Date  November 1, 2005 |
| Title  HEATHER ANN SCHNEIDER v. McCUNE MOTORS/JUDY PUMA | |

Present: The Honorable   A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     (IN CHAMBERS)

On October 24, 2005 this action was dismissed for lack of subject matter jurisdiction. Accordingly, the Court hereby STRIKES the following documents filed by Defendants McCune Motors and Judy Puma on October 31, 2005:

- Notice of Motion and Motion to Dismiss for Lack of Subject Matter Jurisdiction [Docket #11];
- Point and Authorities in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction [Docket #12];
- Declaration of Armando O. Odorico in Support of Motion to Dismiss [Docket #13];
- Declaration of Judy Puma in Support of Motion to Dismiss [Docket #14];
- Declaration of Armando L. Odorico re: Compliance of Local Rule 7-3; and
- Certification of Service [Docket #16].



DOCKETED ON CM
NOV 1 – 2005
BY ____ 010

Initials of Preparer     MMW

CV-90 (06/04)     CIVIL MINUTES - GENERAL     Page 1 of 1